

# Fourth Court of Appeals
## San Antonio, Texas

March 14, 2019

No. 04-18-00883-CR

April Loreace **Williams,**
Appellant

v.

The **State** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-0874-CR-B
Honorable Jessica Crawford, Judge Presiding

# O R D E R

The reporter's record was due to be filed with this court on February 27, 2019.  *See* TEX. R. APP. P. 35.1.  On March 6, 2019, court reporter Lori Schmid filed a notification of late record. She advised the court that she had not yet received a designation of record.

We ordered Appellant to provide written proof that the record has been requested, and Appellant timely filed a response showing she has requested the reporter's record.

Court reporter Lori Schmid's reporter's record is due on April 11, 2019.

If the reporter's record is not filed with this court by April 11, 2019, any requests for additional time to file the record must be accompanied by a signed, written status report.  The report must describe the transcript by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks).  The report may describe any unusual aspects of the record.  The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the extended date.  A preferred form for the status report, with an accompanying example, is attached to this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of March, 2019.



KEITH E. HOTTLE,
Clerk of Court